# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Wayne Gregory Little         BK NO. 20-00023 RNO

       Debtor(s)        Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                 Respectfully submitted,

                 **/s/ James C. Warmbrodt, Esquire**
                 James C. Warmbrodt, Esquire
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106
                 215-627-1322