FILED
WILKES-BARRE
2020 MAR -5 PM 3:07
CLERK U.S. BANKRUPTCY COURT

**LOCAL BANKRUPTCY FORM 1007-1(c)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE:**  :  CHAPTER __13__

WAYNE GREGORY LITTLE  :  CASE NO. _5_-_20_-bk-_00023-RNO_
  :
  :
**Debtor(s)**  :

**CERTIFICATION OF NO PAYMENT ADVICES
pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

I, __Wayne Gregory Little__, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

[✓] I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

[ ] I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

[ ] My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

[ ] I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

[ ] I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: __2/26/20__   _W Little_ (signature)
  Debtor

  _____
  Joint Debtor

# RAIVS Requests for Tax Information Documents or Transcripts of Tax Accounts

| Taxpayer | Date |
|---|---|
| WAYNE G LITTLE | 02/24/2020 |

**Refer to all checked boxes for your request for the taxpayer named above.**

Resubmissions will require a **new Form 4506-T or 4506T-EZ** with any necessary corrections below. Your corrections will not be accepted on previously submitted forms. The Form 4506-T or 4506T-EZ must be the most current revision.

☐ 1. You must resubmit your request on the most current version available of Form 4506-T or 4506T-EZ. Effective July 2019, the IRS will stop all third-party mailings of requested transcripts.

☐ 2. You must check the box above the Signature Line, which is the Attestation Box, on the revised form.

☒ 3. We can't provide any of the items you requested.

☐ 4. We are enclosing the items you requested except for those listed below. Please refer to the checked boxes in this letter for more information.

　☐ Verification of non-filing for tax years: _____

　☐ Return transcript for tax years: _____

　☐ Account transcript for tax years: _____

　☐ Record of account transcript for tax years: _____

　☐ Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript for tax years: _____

☐ 5. We can't accept altered forms (e.g., white-out, line-through, write-overs, labels/stickers, etc.) or required entries on your forms aren't legible. You must complete and submit a new Form 4506-T or 4506T-EZ.

☒ 6. The taxpayer's information doesn't match our records, is incomplete or is missing. You must correct the items checked below:

　☐ Name (Lines 1a/2a or Line 3)

　☒ Employer identification or social security number (Lines 1b/2b)

　　Note: Be sure your TIN matches your name (SSN for individuals, EIN for businesses)

　☒ Address (Lines 3 and/or 4)

　　Note: Be sure to include your apartment or unit number with your address. If Line 3 and Line 4 are different, you must submit a Change of Address (Form 8822) with Form 4506-T or Form 4506T-EZ.

☐ 7. The taxpayer's address does not match our records. You must provide one of the following when you resubmit your request:
- Copies of two pieces of identification bearing the taxpayer's signature
- An original notarized statement affirming the taxpayer's identity
- A signed statement worded as follows: "I certify under penalty of perjury under laws of the United States of America that I am the taxpayer who filed the return/forms/transcripts request for the tax periods of _____

☐ 8. Lines 6 through 9 of Form 4506-T or line 6 of Form 4506T-EZ must be complete.

☐ 9. The tax form listed on Line 6 of Form 4506-T is incorrect or invalid.

☐ 10. Your line 6 entry indicates you are requesting tax return information for more than one type of tax form. You must submit a separate Form 4506-T or 4506T-EZ for each type of tax form.

☐ 11. We can't provide Form _____ information.

☐ 12. We have no record of receiving a tax return for tax years _____

However, the IRS prepared a substitute return for this tax year. You can request information about the substitute return under the Freedom of Information Act (FOIA). We are enclosing an information sheet (Notice 1356) on how to submit a FOIA request. You can find more information on our website at www.irs.gov.

☐ 13. Return transcripts and records of account are available only for the current tax year and three previous tax years. Account transcripts may be available for older years or a future year. Submit a Form 4506-T to request account transcripts. Photocopies of tax returns may be available for older years. Submit a Form 4506 with the appropriate fees to request photocopies.

Note: Return transcripts and record of account transcripts are not available for Form 1040X. You may request account transcripts or photocopies of a filed Form 1040X as described above.

☐ 14. Return transcripts and records of account are only available for Forms 1040, 1065, 1120, 1120-A, 1120-H, 1120-L, and 1120S. Account Transcripts may be available for other forms.

Form **13873-T** (Rev. 10-2019)　　Catalog Number 66934Z　　publish.no.irs.gov　　Department of the Treasury - Internal Revenue Service

| Forms Filed | Signature and Date Requirements |
|---|---|
| Form 1065, *US Return of Partnership Income* | Signature of one of the following:<br>• Partner<br>• Limited Partner<br>Current date |
| Form 1120, *US Corporation Income Tax Return* or Form 1120S *(small business), US Income Tax Return for an "S" Corporation* | Signature of one of the following:<br>• President<br>• Vice President<br>• Secretary<br>• Treasurer<br>• Assistant Treasurer<br>• Chief Accounting Officer<br>• Any Tax Officer, including Controller<br>• 1% Shareholder (for Corporations)<br>• Shareholder (for S-Corporations)<br>Current date |
| Form 1120 LLC, *US Corporation Income Tax Return*, or Form 1120S LLC, *US Income Tax Return for an "S" Corporation* | Signature of the **Managing Member**<br>Exception: If a Form 8832, Entity Classification Election, has been filed then Signature can be:<br>• President<br>• Vice President<br>• Secretary<br>• Treasurer<br>Current date |
| LLC is for a Multi Member Partnership | Signature of one of the following:<br>• Partner<br>• Limited Partner<br>Current date |
| LLC is for a Multi Member Corporation | Signature of one of the following:<br>• President<br>• Vice President<br>• Secretary<br>• Treasurer<br>• Assistant Treasurer<br>• Chief Accounting Officer<br>Current date |
| Form 94X series, *Employment Tax Returns* | Signature of one of the following:<br>• Signature is based on the actual Filing Requirement of the requestor (example: Filing Requirement is for Form 1120 you would use the 1120 signature requirements.)<br>Current date |
| Dissolved Corporations | Signature of one of the following:<br>• President<br>• Vice President<br>• Secretary<br>• Treasurer<br>Current date |

Case 5:20-bk-00023-RNO   Doc 29   Filed 03/05/20   Entered 03/05/20 15:39:47   Desc Main Document   Page 3 of 4

Department of the Treasury
Internal Revenue Service
Submission Processing Center
Kansas City MO 64108

To:

WAYNE G LITTLE
110 SNOWSHOE DR
DINGMANS FERRY, PA 18328

90719