Wayne Gregory Little
110 Snowshoe Drive
Dingmans Ferry, Pa.
      18328

Bankruptcy Chapter 13
Case#  5:20-bk-00023-RNO

FILED
WILKES-BARRE, PA
2020 MAR -5 PM 3:07
CLERK U.S. BANKRUPTCY COURT

Matrix
of
Creditor(s)

Midland Mortgage
P.O. Box 26648
Oklahoma City, OK. 73126
Loan# 0052362804

NBT Bank
214 W. Harford St. Suite 1
Milford, PA. 18337

Wild Acres Lakes P & O Association
116 Wild Acres Drive
Dingmans Ferry, PA. 18328

Met-ED Electric
2800 Pottsville Pike
Reading, PA. 19605

Pennsylvania American Water
5753 Decker Rd.
Bushkill, PA. 18324

County Waste
274 Route 590
Greeley, PA 18425

Blue Ridge Communications
112 Bennett Ave.
Milford, PA. 18337

Case 5:20-bk-00023-RNO    Doc 32    Filed 03/05/20    Entered 03/06/20 08:50:35    Desc
Main Document     Page 1 of 3

Wayne Gregory Little
110 Snowshoe Drive
Dingmans Ferry, Pa.
     18328

Bankruptcy Chapter 13
Case# 5:20-bk-00023-RNO

Creditor(s)

Directv
P.O. Box 105503
Atlanta, GA. 30348-5503

AT&T
P.O. Box 5014
Carol Stream, IL. 60197

First Premier Bank
P.O. Box 5147
Sioux Falls, SD. 57117

TCI
5109 S. Broadband Lane
Sioux Falls, SD. 57108

CapitalOne
P.O. Box 247001
Omaha, NE. 68124

CreditOne Bank
P.O. Box 24410
Omaha, NE. 68124

Stroyan Funeral Home Inc.
405 W Harford St.
Milford, PA. 18337

Hackman Family Funeral Homes
114 S. Nottawa St.
Sturgis, MI. 49091

Geico
One Geico Boulevard
Fredericksburg, VA. 22412

Wayne Gregory Little
110 Snowshoe Drive
Dingmans Ferry, Pa.
       18328

Bankruptcy Chapter 13
Case#   5:20-bk-00023-RNO

                           Creditor(s)

U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL. 35201

Progressive Insurance Co.
P.O. Box 6807
Cleveland, OH. 44101

Case 5:20-bk-00023-RNO   Doc 32   Filed 03/05/20   Entered 03/06/20 08:50:35   Desc
Main Document   Page 3 of 3