**Fill in this information to identify your case:**

Debtor 1    Wayne      Gregory      Little
           First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number   5:20-bk-00023-RNO
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Single Family Home<br>Line from *Schedule A/B*: 1.1 | $ 60000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Chapter 13 PA. |
| Brief description: Automobile<br>Line from *Schedule A/B*: 3.1 | $ 2431.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 42-8124 |
| Brief description: Motorcycle<br>Line from *Schedule A/B*: 3.2 | $ 3365.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 42-8124 |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

Case 5:20-bk-00023-RNO    Doc 36    Filed 03/19/20    Entered 03/19/20 15:08:06    Desc
Main Document      Page 1 of 3

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Construction Trailer<br>Line from Schedule A/B: 4.1 | $ 200.00 | ☑ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42-8124 |
| Brief description: Kitchen Appliances<br>Line from Schedule A/B: 6 | $ 810.00 | ☑ $ 810.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42-8124 |
| Brief description: Electronics<br>Line from Schedule A/B: 7 | $ 1755.00 | ☑ $ 1755.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42-8124 |
| Brief description: Hand Tools<br>Line from Schedule A/B: 9 | $ 475.00 | ☑ $ 475.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42-8124 |
| Brief description: Clothes<br>Line from Schedule A/B: 11 | $ 325.00 | ☑ $ 325.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42-8124 |
| Brief description: Jewelry<br>Line from Schedule A/B: 12 | $ 1100.00 | ☑ $ 1100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42-8124 |
| Brief description: Portable Generator<br>Line from Schedule A/B: 14 | $ 600.00 | ☑ $ 600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42-8124 |
| Brief description: Snowblower<br>Line from Schedule A/B: 14 | $ 500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42-8124 |
| Brief description: Social Security Disability<br>Line from Schedule A/B: 30 | $ 865.00 | ☑ $ 865.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 USC 407 |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C      Schedule C: The Property You Claim as Exempt      page 2 of 2

| From: | pambml_automation@pamb.uscourts.gov on behalf of PAMB |
| To: | PAMBml_fax |
| Subject: | EDSS filing from Wayne Gregory Little for on Thursday, March 19, 2020 - 14:09 |
| Date: | Thursday, March 19, 2020 2:10:30 PM |

Submitted on Thursday, March 19, 2020 - 14:09
Submitted by user: Anonymous
Submitted values are:

Filer's Name: Wayne Gregory Little
Debtor's name (if different):
Filer's EMail Address: grease_monkey18328@yahoo.com
Filer's Phone Number: 813-599-1991
Case number (if known):  5:20-bk-00023-RNO
  ==Documents==
   Document (PDF format only)*:

http://www.pamb.uscourts.gov/sites/default/files/webform/edss/BANKRUPTCY%20FORM%20106C.pdf
   Document description:
    ==More Documents==
    Document 2 (PDF format only)*:
    Document 2 description:
    Document 3 (PDF format only)*:
    Document 3 description:
    Document 4 (PDF format only)*:
    Document 4 description:
    Document 5 (PDF format only)*:
    Document 5 description:

By entering my name in the box below, I affirm that I am intending to sign
this form with my signature and consent to use this electronic form.: Wayne
Gregory Little