```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                       Case No. 20-00023-RNO
Wayne Gregory Little                                         Chapter 13
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke            Page 1 of 1         Date Rcvd: Mar 18, 2020
                              Form ID: ordsmiss          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
5289777       +Blue Ridge Communications,   112 Bennett Ave.,   Milford, PA 18337-9501
5289783       +Capital One,   P.O. Box 247001,   Omaha, NE 68124-7001
5289776        County Waste,   274 Route 590,   Greeley, PA 18425
5289784       +CreditOne Bank,   P.O. Box 24410,   Omaha, NE 68124-0410
5289787       +Geico,   One Geico Boulevard,   Fredericksburg, VA 22412-0001
5289786        Hackman Family Funeral Homes,   114 S. Nonawa St.,   Sturgis, MI 49091
5289774       +Met ED Electric,   2800 Pottsville Pike,   Reading, PA 19605-2459
5299013       +Met-Ed,   101 Crawford's Corner Rd. Bldg 1,   Suite 1-511,   Holmdel, NJ 07733-1976
5289771       +Midland Mortgage,   P.O. Box 26648,   Oklahoma City, OK 73126-0648
5289772       +NBT Bank,   214 W. Harford St. Suite 1,   Milford, PA 18337-1140
5289775       +Pennsylvania American Water,   5753 Decker Rd.,   Bushkill, PA 18324-7932
5289789       +Progressive Insurance Co.,   P.O. Box 6807,   Cleveland, OH 44101-1807
5289785       +Stroyan Funeral Home Inc.,   405 W Harford St.,   Milford, PA 18337-1209
5289773       +Wild Acres Lakes P&O Association,   116 Wild Acres Drive,   Dingmans Ferry, PA 18328-4058
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db            +E-mail/PDF: grease_monkey18328@yahoo.com Mar 18 2020 19:11:46     Wayne Gregory Little,
                110 Snowshoe Drive,   Dingmans Ferry, PA 18328-4042
5289780       +EDI: ATTWIREBK.COM Mar 18 2020 23:13:00     AT&T,   P.O. Box 5014,
                Carol Stream, IL 60197-5014
5303498       +EDI: ATLASACQU.COM Mar 18 2020 23:13:00     Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
5289779        EDI: DIRECTV.COM Mar 18 2020 23:13:00     Direct TV,   P.O. Box 105503,
                Atlanta, GA 30348-5503
5302744        EDI: DIRECTV.COM Mar 18 2020 23:13:00     Directv, LLC,   by American InfoSource as agent,
                PO Box 5008,   Carol Stream, IL  60197-5008
5301761        EDI: ECMC.COM Mar 18 2020 23:13:00     Educational Credit Management Corporation,
                PO Box 16408,   St. Paul, MN 55116-0408
5289781       +EDI: AMINFOFP.COM Mar 18 2020 23:13:00     First Premier Bank,   P.O. Box 5147,
                Sioux Falls, SD 57117-5147
5310509        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 18 2020 19:15:04     LVNV Funding LLC,
                c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
5294134       +E-mail/Text: bankruptcy@nbtbank.com Mar 18 2020 19:12:03     NBT Bank, NA,   52 South Broad St,
                Norwich, NY 13815-1699
5309572       +EDI: JEFFERSONCAP.COM Mar 18 2020 23:13:00     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
5289782       +EDI: TCISOLUTIONS.COM Mar 18 2020 23:13:00     TCI,   5109 S. Broadband Lane,
                Sioux Falls, SD 57108-2208
5289788       +EDI: IRS.COM Mar 18 2020 23:13:00     U.S. Department of the Treasury,
                Bureau of the Fiscal Service,   P.O. Box 1686,   Birmingham, AL 35201-1686
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5289778*      +Wayne Gregory Little,   110 Snowshoe Drive,   Dingmans Ferry, PA 18328-4042
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Wayne Gregory Little,             Chapter     13

    **Debtor 1**

                                    Case No.     5:20–bk–00023–RNO

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: March 18, 2020                           By the Court,

                                                         *[signature]*

                                               Honorable Robert N. Opel, II
                                               United States Bankruptcy Judge
                                               By: LyndseyPrice, Deputy Clerk

ordsmiss (05/18)