```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 20-00023-RNO
Wayne Gregory Little                                                Chapter 13
       Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-5        User: AutoDocke          Page 1 of 1             Date Rcvd: Mar 23, 2020
                            Form ID: ntnew341        Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2020.
```
5289777        +Blue Ridge Communications,    112 Bennett Ave.,    Milford, PA 18337-9501
5289783        +Capital One,    P.O. Box 247001,    Omaha, NE 68124-7001
5289776         County Waste,    274 Route 590,    Greeley, PA 18425
5289784        +CreditOne Bank,    P.O. Box 24410,    Omaha, NE 68124-0410
5301761         Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
5289781        +First Premier Bank,    P.O. Box 5147,    Sioux Falls, SD 57117-5147
5289787        +Geico,    One Geico Boulevard,    Fredericksburg, VA 22412-0001
5289786         Hackman Family Funeral Homes,    114 S. Nonawa St.,    Sturgis, MI 49091
5289774        +Met ED Electric,    2800 Pottsville Pike,    Reading, PA 19605-2459
5299013        +Met-Ed,    101 Crawford's Corner Rd. Bldg 1,    Suite 1-511,    Holmdel, NJ 07733-1976
5289771        +Midland Mortgage,    P.O. Box 26648,    Oklahoma City, OK 73126-0648
5289772        +NBT Bank,    214 W. Harford St. Suite 1,    Milford, PA 18337-1140
5289775        +Pennsylvania American Water,    5753 Decker Rd.,    Bushkill, PA 18324-7932
5289789        +Progressive Insurance Co.,    P.O. Box 6807,    Cleveland, OH 44101-1807
5289785        +Stroyan Funeral Home Inc.,    405 W Harford St.,    Milford, PA 18337-1209
5289773        +Wild Acres Lakes P&O Association,    116 Wild Acres Drive,    Dingmans Ferry, PA 18328-4058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: grease_monkey18328@yahoo.com Mar 23 2020 18:54:40      Wayne Gregory Little,
                 110 Snowshoe Drive,    Dingmans Ferry, PA 18328-4042
5289780        +E-mail/Text: g17768@att.com Mar 23 2020 18:54:47      AT&T,    P.O. Box 5014,
                 Carol Stream, IL 60197-5014
5303498        +E-mail/Text: bnc@atlasacq.com Mar 23 2020 18:54:47      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
5289779         E-mail/Text: G06041@att.com Mar 23 2020 18:54:56      Direct TV,    P.O. Box 105503,
                 Atlanta, GA 30348-5503
5302744         E-mail/Text: G06041@att.com Mar 23 2020 18:54:56      Directv, LLC,
                 by American InfoSource as agent,    PO Box 5008,    Carol Stream, IL 60197-5008
5310509         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 23 2020 18:56:54      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5294134        +E-mail/Text: bankruptcy@nbtbank.com Mar 23 2020 18:54:57      NBT Bank, NA,    52 South Broad St,
                 Norwich, NY 13815-1699
5309572        +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 23 2020 18:54:54      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5289782        +E-mail/Text: bknotices@totalcardinc.com Mar 23 2020 18:54:52      TCI,    5109 S. Broadband Lane,
                 Sioux Falls, SD 57108-2208
5289788        +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 23 2020 18:54:48      U.S. Department of the Treasury,
                 Bureau of the Fiscal Service,    P.O. Box 1686,    Birmingham, AL 35201-1686
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5289778*       +Wayne Gregory Little,    110 Snowshoe Drive,    Dingmans Ferry, PA 18328-4042
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Wayne Gregory Little,

**Debtor 1**

Chapter 13

Case No. 5:20–bk–00023–RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: April 27, 2020<br>Time: 12:00 PM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 23, 2020 |

ntnew341 (04/18)