LOCAL BANKRUPTCY FORM 9074-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Wayne Gregory Little

CHAPTER __13__

CASE NO. __5__-__20__-bk-__00023__

**Debtor(s)**

Wayne Gregory Little
110 Snowshoe Drive
Dingmans Ferry, Pa.
18328

ADVERSARY NO. ___-___-ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.

Midfirst Bank

Nature of Proceeding: Motion

Pleading: Objection

**Defendant(s)/Respondent(s)**

Document #: _____

## CERTIFICATION OF CONCURRENCE FOR TELEPHONIC TESTIMONY VIA COURTCALL

*(Certification must be received at least 2 business days before the scheduled hearing. If a certification cannot be filed timely, leave to provide telephonic testimony must be obtained from the Court.)*

### 1. HEARING INFORMATION

Hearing Type (e.g., Motion to Dismiss, Trial)  Motion for Relief from Automatic Stay

Hearing Date  May 20, 2020      Hearing Time  9:30 am

### 2. WITNESSES SCHEDULED TO PROVIDE TELEPHONIC TESTIMONY

3. I hereby certify that all parties participating in the above-described hearing have concurred in the telephonic appearance of the witness(es) set forth in paragraph 2 above.

May 18, 2020                                          *W. Little* (signature)

Date                                          Signature of certifying attorney or pro se party

Wayne Gregory Little
Name of attorney or pro se party

**Cindy Boyle**

| | |
|---|---|
| From: | pambml_automation@pamb.uscourts.gov on behalf of PAMB <rick_thompson@pamb.uscourts.gov> |
| Sent: | Monday, May 18, 2020 1:00 PM |
| To: | PAMBml_fax |
| Subject: | EDSS filing from WAYNE GREGORY LITTLE  for   on Monday, May 18, 2020 - 12:59 |

Submitted on Monday, May 18, 2020 - 12:59 Submitted by user: Anonymous Submitted values are:

Filer's Name: WAYNE GREGORY LITTLE
Debtor's name (if different):
Filer's EMail Address: grease_monkey18328@yahoo.com Filer's Phone Number: 813-599-1991
Case number (if known): 5:20-bk-00023-RNO
  ==Documents==
   Document 1:

http://www.pamb.uscourts.gov/sites/default/files/webform/edss/BANKRUPTCY%20FORM%209074-1.pdf
    Document description: Bankruptcy form 9074-1
    ==More Documents==
    Document 2:
    Document 2 description:
    Document 3:
    Document 3 description:
    Document 4:
    Document 4 description:
    Document 5:
    Document 5 description:

By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: WAYNE GREGORY LITTLE

1
Case 5:20-bk-00023-RNO    Doc 56    Filed 05/18/20    Entered 05/18/20 13:25:44    Desc
Main Document      Page 2 of 2