```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 20-00023-RNO
Wayne Gregory Little                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke            Page 1 of 1         Date Rcvd: May 20, 2020
                             Form ID: ortext            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db            +E-mail/PDF: grease_monkey18328@yahoo.com May 20 2020 19:09:22     Wayne Gregory Little,
               110 Snowshoe Drive,   Dingmans Ferry, PA 18328-4042
                                                                                             TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Janet M. Spears    on behalf of Creditor    MidFirst Bank bkecfinbox@aldridgepite.com,
               JSpears@ecf.courtdrive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Wayne Gregory Little

**Debtor 1**

Chapter: 13

Case number: 5:20−bk−00023−RNO

# ORDER

Order Continuing preliminary hearing held on May 20, 2020 at 9:30 a.m. to a final hearing. IT IS SO ORDERED on 5/20/2020. /s/Robert N. Opel, II (RE: related document(s)45, 52, [58]). Final Hearing scheduled for 6/25/2020 at 09:30 AM at Wilkes−Barre case − The hearing will be held telephonically. Please refer to instructions previously provided to dial in through CourtCall. (Ratchford, Patricia)

Order Text Entries (Form ortext) (2/19)