```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                            Case No. 20-00023-RNO
Wayne Gregory Little                                              Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke             Page 1 of 1               Date Rcvd: Jun 09, 2020
                              Form ID: ntcnfhrg           Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2020.
```
5289777        +Blue Ridge Communications,   112 Bennett Ave.,    Milford, PA 18337-9501
5289783        +Capital One,   P.O. Box 247001,   Omaha, NE 68124-7001
5289776         County Waste,   274 Route 590,   Greeley, PA 18425
5289784        +CreditOne Bank,   P.O. Box 24410,   Omaha, NE 68124-0410
5301761         Educational Credit Management Corporation,   PO Box 16408,   St. Paul, MN 55116-0408
5289781        +First Premier Bank,   P.O. Box 5147,   Sioux Falls, SD 57117-5147
5289787        +Geico,   One Geico Boulevard,   Fredericksburg, VA 22412-0001
5289786         Hackman Family Funeral Homes,   114 S. Nonawa St.,   Sturgis, MI 49091
5289774        +Met ED Electric,   2800 Pottsville Pike,   Reading, PA 19605-2459
5299013        +Met-Ed,   101 Crawford's Corner Rd. Bldg 1,   Suite 1-511,   Holmdel, NJ 07733-1976
5289771        +Midland Mortgage,   P.O. Box 26648,   Oklahoma City, OK 73126-0648
5289772        +NBT Bank,   214 W. Harford St. Suite 1,   Milford, PA 18337-1140
5289775        +Pennsylvania American Water,   5753 Decker Rd.,   Bushkill, PA 18324-7932
5289789        +Progressive Insurance Co.,   P.O. Box 6807,   Cleveland, OH 44101-1807
5289785        +Stroyan Funeral Home Inc.,   405 W Harford St.,   Milford, PA 18337-1209
5289773        +Wild Acres Lakes P&O Association,   116 Wild Acres Drive,   Dingmans Ferry, PA 18328-4058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: grease_monkey18328@yahoo.com Jun 09 2020 19:54:33     Wayne Gregory Little,
                 110 Snowshoe Drive,   Dingmans Ferry, PA 18328-4042
5289780        +E-mail/Text: g17768@att.com Jun 09 2020 19:54:45      AT&T,   P.O. Box 5014,
                 Carol Stream, IL 60197-5014
5303498        +E-mail/Text: bnc@atlasacq.com Jun 09 2020 19:54:45     Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
5289779         E-mail/Text: G06041@att.com Jun 09 2020 19:55:09     Direct TV,   P.O. Box 105503,
                 Atlanta, GA 30348-5503
5302744         E-mail/Text: G06041@att.com Jun 09 2020 19:55:09     Directv, LLC,
                 by American InfoSource as agent,   PO Box 5008,   Carol Stream, IL 60197-5008
5310509         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 09 2020 20:04:46     LVNV Funding LLC,
                 c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5294134        +E-mail/Text: bankruptcy@nbtbank.com Jun 09 2020 19:55:11     NBT Bank, NA,   52 South Broad St,
                 Norwich, NY 13815-1699
5309572        +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 09 2020 19:55:05     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
5289782        +E-mail/Text: bknotices@totalcardinc.com Jun 09 2020 19:55:00      TCI,   5109 S. Broadband Lane,
                 Sioux Falls, SD 57108-2208
5289788        +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 09 2020 19:54:48      U.S. Department of the Treasury,
                 Bureau of the Fiscal Service,   P.O. Box 1686,   Birmingham, AL 35201-1686
                                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5289778*       +Wayne Gregory Little,   110 Snowshoe Drive,   Dingmans Ferry, PA 18328-4042
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Janet M. Spears     on behalf of Creditor    MidFirst Bank bkecfinbox@aldridgepite.com,
               JSpears@ecf.courtdrive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Wayne Gregory Little,

**Debtor 1**

Chapter 13

Case No. 5:20−bk−00023−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **August 12, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: August 19, 2020 <br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 9, 2020 |

ntcnfhrg (03/18)