```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 20-00023-RNO
Wayne Gregory Little                                                Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Aug 19, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: grease_monkey18328@yahoo.com Aug 19 2020 19:49:33      Wayne Gregory Little,
                 110 Snowshoe Drive,    Dingmans Ferry, PA 18328-4042
                                                                                               TOTAL: 1

                    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Janet M. Spears    on behalf of Creditor    MidFirst Bank bkecfinbox@aldridgepite.com,
               JSpears@ecf.courtdrive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| WAYNE GREGORY LITTLE | : | |
| | : | Case No. 5-20-bk-00023 RNO |
| Debtor(s) | : | Docket No. 28 |
| | : | |
| | : | Chapter 13 Plan |

## ORDER DENYING CONFIRMATION

Upon consideration of the Debtor's Chapter 13 Plan, after hearing held on August 19, 2020, it is

ORDERED that that confirmation of Debtor's Chapter 13 Plan is DENIED.

Dated: August 19, 2020      By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge (BI)